IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 1:11cr21-SPM

WILLIAM EDWARD HOLLIDAY, JR.
and LINDA ELIZABETH ENOS,

               Defendants.
_____/

## ORDER CONTINUING SUPPRESSION HEARING

This cause comes before the Court on Defendant Holiday's Motion to Continue the Hearing on the Defendant's Motion to Suppress. Doc. 45. Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The motion (doc. 45) is granted.

2.      The suppression hearing scheduled for 10:00 a.m. on Thursday, September 22, 2011, is cancelled.

3.      Defendant's attorney shall contact the Court to reschedule the hearing if the pleas negotiations fall through.

DONE AND ORDERED this 14th day of September, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge